1  Jeffrey I. Hasson
   Hasson Law, LLC
2  Attorney at Law
   12707 NE Halsey St.
3  Portland, OR 97230
   Phone:  (503) 255-5352
4  Facsimile: (503) 255-6124
   E-Mail: hasson@hassonlawllc.com
5  Washington State Bar No. 23741
   Attorney for Everett Association of Credit Men, Inc. and Monica Jones

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DEANNA C. THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT ASSOCIATION OF CREDIT MEN, INC., MONICA JONES, BRANNA WICKBERG, KRISTIE YOUSO, ROYCE FERGUSON, and JOHN/JANE DOE(s),<br><br>Defendants. | Case No.:<br><br>NOTICE OF REMOVAL |

Please take notice that defendant Everett Association of Credit Men, Inc. ("EACM") and Monica Jones ("Jones") hereby remove this action from the Superior Court in and for King County, State of Washington to the United States District Court for the Western District of Washington at Seattle.

1. EACM and Jones are parties in a civil action brought against it in the Superior Court in and for King County, State of Washington entitled: "DEANNA C. THOMAS, Plaintiff, v. EVERETT ASSOCIATION OF CREDIT MEN, INC., et al., Defendants, No. 17-2-06110-7KNT."  A copy of the summons and complaint in that action and "order Setting Civil Case

NOTICE OF REMOVAL -- 1
Case No.

Hasson Law, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Schedule" are attached to this notice and constitute all process, pleadings, and orders served on
2  EACM and Jones in that action up to the present date.
3      2.    The state court action was commenced when Plaintiff filed the Complaint in the
4  Superior Court of the State of Washington for the County of King on March 13, 2017.  The
5  Complaint and Summons were delivered to EACM's representative on April 13, 2017. . EACM
6  and Jones have filed no pleadings in this cause, and have only filed a notice of appearance.  This
7  notice of removal is filed within 30 days after service of process on EACM and Jones.
8      3.    This is an action of civil nature over which this court has original jurisdiction
9  pursuant to 15 USC § 1692k in that it is a liability allegedly created under the Fair Debt
10 Collection Practices Act, 15 USC § 1692 et seq.,
11     4.    This notice is signed pursuant to FRCP 11.
12 Dated:  April 17, 2017.

                s/ Jeffrey I. Hasson
                Jeffrey I. Hasson, WSBA#23741
                Hasson Law, LLC
                Phone:  (503) 255-5352
                Attorney for EACM and Jones

NOTICE OF REMOVAL -- 2
Case No.

Hasson Law, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Certificate of Service

2      I hereby certify that on <u>April 17, 2017</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Richard L. Pope</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

<div style="margin-left:3em;">
<u>s/ Jeffrey I. Hasson</u>  
Jeffrey I. Hasson, WSBA#23741  
Attorney for EACM and Jones  
Hasson Law, LLC  
12707 NE Halsey St.  
Portland, OR 97230  
Phone: (503) 255-5352  
Facsimile: (503) 255-6124  
E-Mail: hasson@hassonlawllc.com
</div>

NOTICE OF REMOVAL -- 3  
Case No.

Hasson Law, LLC  
Attorneys at Law  
12707 NE. Halsey Street  
Portland, OR 97230  
Telephone No. (503) 255-5352  
Facsimile No. (503) 255-6124