UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEANNA C. THOMAS, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT ASSOCIATION OF CREDIT MEN, INC., *et al.*,<br><br>Defendants. | Case No. 2:17-CV-00599-RSM<br><br>ORDER ALLOWING DEFENDANTS EVERETT ASSOCIATION OF CREDIT MEN, INC. AND MONICA JONES MOTION TO FILE MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS |

This matter coming before the Court on Defendants Everett Association of Credit Men, Inc. and Monica Jones' (collectively "Everett Parties") Motion to File Motion for Sanctions for Plaintiff's Failure to Respond to Defendants' Discovery Requests before the honorable Ricardo S. Martinez, US District Court Judge, plaintiff appearing by and through their attorneys, Richard L. Pope, Jr., and Everett Parties appearing by and through its attorney, Jeffrey I. Hasson, the Court considering the pleadings and documents on file, and the declarations submitted by the parties, and the Court finding that Everett Parties' Motion to File Motion for Sanctions for Plaintiff's Failure to Respond to Defendants' Discovery Requests is well taken, and good cause exists to allow the filing of the same, and the court being fully advised:

ORDER ALLOWING DEFENDANTS EVERETT ASSOCIATION OF CREDIT MEN, INC. AND MONICA JONES MOTION TO FILE MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS- 1

**HASSON LAW, LLC**
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

IT IS ORDERED that Everett Parties' Motion to File Motion for Sanctions for Plaintiff's Failure to Respond to Defendants' Discovery Requests is allowed.

DATED: February 20, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
Hasson Law, LLC
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352
Fax: (503) 255-6124
E-Mail: hasson@hassonlawllc.com
Attorney for Everett Parties

ORDER ALLOWING DEFENDANTS EVERETT ASSOCIATION OF CREDIT MEN, INC. AND MONICA JONES MOTION TO FILE MOTION FOR SANCTIONS FOR PLAINTIFF'S FAILURE TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS- 2

HASSON LAW, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR 97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124