# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEANNA C. THOMAS, *et al.*,<br><br>   Plaintiff,<br><br>  v.<br><br>EVERETT ASSOCIATION OF CREDIT MEN, INC., *et al.*,<br><br>   Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C17-599 RSM |

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

  THE COURT HAS ORDERED THAT: Defendants' Motion for Sanctions (Dkt. #22) is GRANTED.
  The pending Motion to Extend Pretrial Deadlines (Dkt. #19) is STRICKEN as moot.
  This case is dismissed without prejudice.

Dated this 9th day of March 2018.

                   WILLIAM M. MCCOOL
                   Clerk


                   /s/ Paula McNabb
                   Deputy Clerk